RON SUNG, ESQ.
Nevada State Bar No. 13047
DAVID OLSHAN, ESQ.
Nevada State Bar No. 4126
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
*Attorneys for Janie Smith*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JANIE M. SMITH, Relatrix, <br><br>and<br><br> JANIE M. SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>SC INVESTMENT LAS VEGAS, INC., a Nevada Corporation, d/b/a Sky Court Harbors, PACIFICA S.D. MANAGEMENT, LP, a California Limited Partnership, and NIWA NOBUO,<br><br>Defendants. | Case No.: 2:15-cv-02163-RFB-GWF <br><br><br>**STIPULATION AND ORDER**<br>**FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff JANIE SMITH and Defendants SC INVESTMENT LAS VEGAS, INC., PACIFICA S.D. MANAGEMENT, LP, and NIWA NOBUO, by and through their counsels of record, and stipulate and agree that the above-entitled shall be dismissed with prejudice per their settlement agreement.

Respectfully Submitted,

March 9, 2017                                     /s/ RON SUNG
Date                                                         RON SUNG, ESQ.

1

```
                                    Nevada State Bar No. 13047
                                    DAVID OLSHAN, ESQ.
                                    Nevada State Bar No. 4126
                                    Nevada Legal Services, Inc.
                                    530 South Sixth Street
                                    Las Vegas, Nevada 89101
                                    (702) 386-0404 x148
                                    Facsimile (702) 388-1641
                                    Attorneys for Norma Arias Benitez


March 9, 2017                       /s/  RICHARD I. DREITZER
Date                                RICHARD I. DREITZER, ESQ.
                                    Nevada Bar No. 6626
                                    DONALD PARADISO, ESQ.
                                    Nevada Bar No. 12845
                                    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER, LLP
                                    300 South Fourth Street, 11th Floor
                                    Las Vegas, NV 89101
                                    Richard.Dreitzer@wilsonelser.com
```

**ORDER**

IT IS HEREBY ORDERED that Case No.: 2:15-cv-02163-RFB-GWF shall be dismissed with prejudice per their settlement agreement.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated:   March 10, 2017